```
         FILED              RECEIVED
         ENTERED            SERVED ON
                    COUNSEL/PARTIES OF RECORD

              DEC - 2 2010

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
     BY:                       DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2: 09-CR-014-LDG (GWF)<br>) |
| KORRINE YVONNE LOCHNER,<br>aka Korrine Southwood, | )<br>)<br>) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on December 2, 2010, defendant KORRINE YVONNE LOCHNER, aka Korrine Southwood pled guilty to a One-Count Criminal Indictment charging her with Possession of a Controlled Substance with Intent to Distribute-Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the offense to which defendant KORRINE YVONNE LOCHNER, aka Korrine Southwood pled guilty.

The following asset is subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1) and (2):

  (a) $2,033.00 in United States Currency.

. . .

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of KORRINE YVONNE LOCHNER, aka Korrine Southwood in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

. . .

. . .

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 2nd day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE