UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00014-LDG-GWF-1 |
| Plaintiff, | ORDER |
| v. | |
| KORRINE YVONNE LOCHNER, | |
| Defendant. | |

Before the Court[1] is Defendant Korrine Yvonne Lochner's motion for early termination of supervised release ("Motion"). (ECF No. 90.) The government and the Probation Department do not oppose early termination. (ECF No. 93.) The Court agrees with Lochner's counsel that termination of release is warranted because Lochner has demonstrated sincere efforts in achieving further education and sobriety, has been attending counseling, and has created a healthy life with her family, despite experiencing serious health challenges. The Court thus finds that justice is served by granting Lochner early termination of supervised release.

It is therefore ordered that Lochner's motion for early termination of supervised release (ECF No. 90) is granted.

It is further ordered that the government's motion for extension (ECF No. 92) is granted *nunc pro tunc*.

DATED THIS 28th Day of December 2022.

_____

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

[1]This Motion came to me in my capacity as Chief Judge.